```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                       Criminal No. 08-cr-60-01-JD

Brooks Wallace

O R D E R

The assented to motion to reschedule jury trial (document no. 19) filed by defendant is granted. Trial is continued to August 5, 2008, at 9:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                /s/Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: July 4, 2008

cc:  Robert J. Veiga, Esq.
     Jorel V. Booker, Esq.
     U.S. Marshal
     U.S. Probation