UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                          Criminal No. 08-cr-60-01-JD

Brooks Wallace

O R D E R

The assented to motion to reschedule jury trial (document no.
21) filed by defendant is granted.

Parties are placed on notice that there will be no further

continuances.

Defendant shall file a waiver of speedy trial rights within

10 days.  The court finds that the ends of justice served by

granting a continuance outweigh the best interest of the public

and the defendant in a speedy trial, 18 U.S.C. §

3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                        /s/ Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date:  July 18, 2008

cc:  Robert J. Veiga, Esq.
     Jorel V. Booker, Esq.
     U.S. Marshal
     U.S. Probation